# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GREAT PLAINS TRUST COMPANY,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**GREAT PLAINS ANNUITY MARKETING, INC. and RICHARD HELLERICH,**<br><br>　　Defendants. | Case No. 2:17-CV-2168-JAR-GEB |

## ORDER

　　This matter comes before the Court on the parties' Joint Stipulation and Motion for Order of Dismissal with Retained Jurisdiction (Doc. 42), which requests that this matter be dismissed with prejudice pursuant to the parties' Settlement Agreement. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure,

　　**IT IS THEREFORE ORDERED BY THE COURT** that the parties' Joint Stipulation and Motion for Order of Dismissal with Retained Jurisdiction (Doc. 42) is granted. This case is DISMISSED WITH PREJUDICE, and the parties' Joint Stipulation and Settlement Agreement (filed under seal as Doc. 44) are incorporated into this Order. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

　　**IT IS SO ORDERED.**

Dated: August 15, 2018

　　　　　　　　　　　　　　　　　　　　　　　　 S/  Julie A. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　JULIE A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE